1  SUSAN S. MUCK (CSB No. 126930)
   smuck@fenwick.com
2  CATHERINE D. KEVANE (CSB No. 215501)
   ckevane@fenwick.com
3  MARIE C. BAFUS (CSB No. 258417)
   mbafus@fenwick.com
4  VINCENT BARREDO (CSB No. 275518)
   vbarredo@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:     415.875.2300
7  Facsimile:     415.281.1350

8  Attorneys for Defendants GoPro, Inc., Nicholas D.
   Woodman and Brian T. McGee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIKAS ARORA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., NICHOLAS D. WOODMAN AND BRIAN T. MCGEE,<br><br>Defendants. | Case No.: 3:18-cv-00265-WHO<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Date Action Filed:  January 11, 2018 |

STIP. AND [PROP.] ORDER

Case No.: 3:18-cv-00265-WHO

WHEREAS, on January 11, 2018, Plaintiff Vikas Arora ("Plaintiff"), individually and on behalf of all others similarly situated, filed a putative class action complaint captioned *Arora v. GoPro, Inc., et al.*, No. 3:18-cv-00265-WHO against defendants GoPro, Inc., Nicholas Woodman, and Brian McGee (collectively, "Defendants" and with Plaintiff, the "Parties") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5 (the "Complaint");

WHEREAS, on January 16, 2018, this Court issued an Order Setting Initial case Management Conference and ADR Deadlines (Dkt. No. 6) in the above-captioned action, setting the following deadlines:

1. **March 27, 2018** for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Local Rules" or "Civ. L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding discovery, early settlement, and the ADR Multi-Option Program;

2. **April 10, 2018** for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and

3. **April 17, 2018 at 2:00 p.m.** for an initial case management conference;

WHEREAS, the Complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995), ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including a specific process for the appointment of a lead plaintiff and lead counsel to represent the putative class;

WHEREAS, lead plaintiff and lead counsel have not yet been appointed pursuant to Section 21D of the Securities Exchange Act, 15 U.S.C. § 78u-4. The deadline to move for appointment as lead plaintiff is March 12, 2018;

WHEREAS, once selected, the lead plaintiff will then appoint a lead counsel, subject to the Court's approval, § 78u-4(a)(3)(B)(v), and identify an operative complaint or file an amended complaint that becomes the operative complaint;

WHEREAS, the Parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, no response to any pleading in this action by any Defendant should occur until after (i) a lead plaintiff and lead counsel are appointed by the Court pursuant to the PSLRA, and (iii) such lead plaintiff serves an operative complaint;

WHEREAS, the parties respectfully submit that good cause exists to vacate the April 17, 2018 initial case management conference and associated ADR deadlines until such time as the Court has the opportunity to rule on the appointment of lead plaintiff and approval of lead counsel; and

WHEREAS, the Parties hereby stipulate, and respectfully request the Court to order, as follows:

1. Within 14 days of an order by the Court appointing lead plaintiff and lead counsel, Defendants and any lead plaintiff(s) appointed by the Court shall, through their respective counsel, confer and jointly submit a proposed schedule for the filing of any amended complaint and for the filing of a responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss;

2. Defendants shall not be required to answer, move, or otherwise substantively respond to the Complaint or any amended complaint until the date agreed upon by the Parties in the proposed schedule described in paragraph 1 above, if approved by the Court, or until such other further order by the Court.

3. Pursuant to Civil L.R. 16-2, the initial case management conference scheduled for April 17, 2018 shall be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules, to be rescheduled for a date after the filing of any amended complaint or after the Court rules on Defendants' anticipated motion to dismiss, as the Court determines to be appropriate; and all associated ADR Multi-Option Program deadlines likewise be deferred.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4. Nothing in this Stipulation is intended in any way to waive or affect any rights, claims, defenses, objections or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed in paragraphs 1 through 3 above.

Dated: January 19, 2018　　　　　　　　　FENWICK & WEST LLP

By: /s/ *Catherine D. Kevane*
　　　Catherine D. Kevane

Attorneys for Defendants GoPro, Inc., Nicholas D. Woodman and Brian T. McGee

Dated: January 19, 2018　　　　　　　　　POMERANTZ LLP

By: /s/ *Jennifer Pafiti*
　　　Jennifer Pafiti

Attorneys for Plaintiff Vikas Arora

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: January 19, 2018　　　　　　　　　By: /s/ *Catherine D. Kevane*
　　　　　　　　　　　　　　　　　　　　　　Catherine D. Kevane

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 19, 2018

The Honorable William H. Orrick
United States District Judge